FILED
2026 JUN 24
CLERK
U.S. DISTRICT COURT

MELISSA HOLYOAK, United States Attorney (#9832)
JONATHAN STOWERS, Assistant United States Attorney (#16374)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, UT 84111-2176
Telephone: (801) 325-3235

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS TRUJILLO-MENDOZA,<br><br>Defendant. | Case No.<br><br>INFORMATION<br><br>VIO. 8 U.S.C. § 1326<br><br>(REENTRY OF A PREVIOUSLY REMOVED ALIEN) |

Case: 1:26−cr−00039
Assigned To : Sam, David
Assign. Date : 6/24/2026
Description: USA v Trujillo−Mendoza

The United States Attorney charges:

COUNT I

On or about June 6, 2026, in the District of Utah,

LUIS TRUJILLO-MENDOZA,

the defendant herein, an alien who on or about December 20, 2010, May 23, 2017, August 29, 2017, May 30, 2018, and July 14, 2022, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary of the United States

//

//

//

Department of Homeland Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 24th day of June 2026.

MELISSA HOLYOAK
United States Attorney

/s/ [signature]
JONATHAN STOWERS
Assistant United States Attorney